IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL W. MINTON,

    Plaintiff,

v.           CASE NO. 5:05cv89-RH/WCS

JAMES V. CROSBY, et al.,

    Defendants.

_____/

**ORDER OVERRULING OBJECTIONS
TO MAGISTRATE JUDGE'S ORDER**

Upon review of the objections to the magistrate judge's order dated June 8, 2005, in accordance with Federal Rule of Civil Procedure 72(a), I find that the order is neither clearly erroneous nor contrary to law. Accordingly,

IT IS ORDERED:

The objections (document 12) to the magistrate judge's order (document 10) are OVERRULED. The order is approved.

SO ORDERED this 6th day of July, 2005.

                              s/Robert L. Hinkle
                              Chief United States District Judge