## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**MICHAEL W. MINTON,**

    **Plaintiff,**

vs.                                                              Case No. 5:05cv89-RH/WCS

**DR. JANET SPANN, et al.,**

    **Defendants.**

_____/

## O R D E R

Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, has filed an amended civil rights complaint under 42 U.S.C. § 1983.  Doc. 15.  Although the complaint is rather lengthy for purposes of FED. R. CIV. P. 8, the Defendants will have sufficient notice of Plaintiff's claims and the basis for those claims.  Plaintiff is required to submit six copies of the amended complaint for service on Defendants.  It is Plaintiff's obligation to provide the service copies, one copy for each Defendant named. FED. R. CIV. P. 4.

Accordingly, it is **ORDERED:**

1.  Plaintiff shall have until **September 7, 2005**, in which to provide the Court with six identical copies of the amended complaint as filed with the Court, doc. 15, on July 25, 2005.

2.  **Failure to comply with this Court order may result in a recommendation of dismissal of this action.**

3.  The Clerk of Court shall return this file to the undersigned upon receipt of Plaintiff's service copies, or no later than September 7, 2005.

**DONE AND ORDERED** on August 5, 2005.

      s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**