IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL W. MINTON,

    Plaintiff,

vs.                                                CASE NO. 5:05cv89-RS

DR. JANET SPANN; ASSISTANT WARDEN
VARNES; DR. CIUNHU; SERGEANT HOLDEN;
PILAR GUDINO; and NURSE JANE DOE,

    Defendants.
_____/

## ORDER

Before the court are the magistrate judge's Report and Recommendation (Document 46) and Plaintiff's Objections to Proposed Findings and Recommendations (Document 53). The court has reviewed *de novo* the issues raised by plaintiff's objections.

**IT IS ORDERED:**

1. The magistrate judge's Report and Recommendation is accepted and is incorporated by reference in this order.

2. Plaintiff's Amended Complaint (Document 15) is dismissed as to defendants Ciungu and Holden for failure to exhaust administrative remedies pursuant to 42 U.S.C. §1997(e) and for failure to state a claim upon which may be granted pursuant to 28 U.S.C. §1915(e)(2). The clerk is directed to enter judgment accordingly in favor of defendants Ciungu

    and Holden.

3.    This case is remanded to the magistrate judge for further proceedings.

ORDERED on March 9, 2006.

    /s/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**