IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL W. MINTON,

    Plaintiff,

vs.                                        CASE NO. 5:05cv89-RS

DR. JANET SPANN; ASSISTANT WARDEN
VARNES; DR. CIUNHU; SERGEANT HOLDEN;
PILAR GUDINO; and NURSE JANE DOE,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Second Report and Recommendation (Doc. 88) and Defendants' Objections to Report and Recommendation (Doc. 93). I have reviewed Defendants' objections *de novo*.

**IT IS ORDERED:**

1.    The Magistrate Judge's Second Report and Recommendation is adopted and incorporated in this Order.

2.    The Motion for Summary Judgment (Doc. 48) is granted as to Plaintiff's claims against Defendants Gudino and Varnes, and the clerk is directed to enter judgment for Defendants Gudino and Varnes.

3.    The Motion for Summary Judgment (Doc. 48) is granted as to the claims against Defendant Spann in her individual capacity concerning the delay in prescriptions and making follow-up appointments and as to the claims against Defendant Spann in her official capacity. The clerk is directed to enter partial summary judgment for

Defendant Spann as to those issues.

    4.    The Motion for Summary Judgment (Doc. 48) is denied as to Plaintiff's claims against Defendant Spann concerning the twenty-four hour delay in providing treatment for Plaintiff's broken ankle; for the denial of special shoes; and for the denial of the wheelchair.

    5.    This case is remanded to the Magistrate Judge for further proceedings.

ORDERED on April 10, 2007.

/s/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**